MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No.11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendant
AD Astra Recovery Services, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIANE MCARDLE,<br><br>Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC.,<br><br>Defendant. | Case No. 2:16-cv-00433-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant AD Astra Recovery Services, Inc. ("Defendant") and Plaintiff Diane McArdle ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (Dkt. No. 1, filed on March 1, 2016) from March 24, 2016 to April 14, 2016.

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before April 14, 2016. It represents an extension of 21 days from the existing deadline; and

c. The extension is requested by Defendant due to travel commitments over the spring break holiday. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

HAINES & KRIEGER, LLC

By: /s/Jennifer Isso
David H. Krieger, Bar No. 9086
Jennifer Isso, Bar No. 13157
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123

Attorneys for Plaintiff

MORRIS LAW GROUP

By: /s/Raleigh Thompson
Ryan M. Lower, Bar No. 9108
Raleigh C. Thompson, Bar No. 11296
900 Bank Of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant
AD Astra Recovery Services, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: March 25, 2016

_____
Cam Ferenbach
United States Magistrate Judge

2